UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO, | No. 1:23-cv-00661 GSA (PC) |
| Plaintiff, | ORDER DISREGARDING AS IMPROPERLY FILED PLAINTIFF'S MOTION FOR A SUBPOENA |
| v. | |
| J. GALLAGHER, et al., | (ECF No. 10) |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO REFILE MOTION FOR A SUBPOENA IN PETILLO V. JASSO, CASE NO.: 1:21-CV-01401 SAB |
| | (ECF No. 10) |

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 26, 2023, a motion for subpoena filed by Plaintiff was docketed in this case. ECF No. 10.  In it, Plaintiff requests a witness subpoena form from the Court, and he states that he has another case, Petillo v. Jasso, No. 1:21-cv-01401 SAB ("Jasso"), which is about to go to trial.  Id.

This matter has yet to be screened due to the Court's tentative finding that it was untimely filed.  See ECF No. 4 (Court's June 2023 order to show cause).  Thus, a request that a subpoena

1

issue in this case is premature.  However, a cursory review of the docket in the Jasso case indicates that that matter is in the pretrial stages of its proceedings.  See Jasso, ECF No. 95 (October 2023 order regarding trial schedule).  The docket in Jasso also indicates that Plaintiff has begun to file pretrial motions.  See Jasso, ECF Nos. 108, 110 (recent pretrial motions filed by Plaintiff in Jasso matter).

Based on these findings, although Plaintiff wrote the 1:23-cv-00661 GSA case number on the instant motion for a subpoena, and it was filed in this case, it appears that the motion should have been filed in the Jasso matter.  Therefore, the motion will be disregarded as improperly filed in this case, and the Clerk of Court will be directed to file it in Plaintiff's Petillo v. Jasso, No. 1:21-cv-01401 SAB matter along with a copy of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a subpoena (ECF No. 10) shall be DISREGARDED as improperly filed, and

2. The Clerk of Court shall file Plaintiff's motion for a subpoena (ECF No. 10) in the Petillo v. Jasso, No. 1:21-cv-01401 SAB matter, with a copy of this order attached to it.

IT IS SO ORDERED.

Dated: **December 7, 2023**                      /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE