1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   ISAIAH J. PETILLO, | No.  1:23-cv-00661 KES GSA (PC) |
| 12                   Plaintiff, | ORDER ACKNOWLEGDING PLAINTIFF'S "MOTION" |
| 13          v. | (ECF No. 15) |
| 14   J. GALLAGHER, et al., | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED WITH CASE AS IMPROPERLY FILED |
| 15                   Defendants. | |
| 16 | (ECF No. 16) |
| 17 | |

18
        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief
19
under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to
20
28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Plaintiff has paid the filing fee.
21
        Before this Court are:  (1) a general document filed by Plaintiff, which has been simply
22
identified as a "motion" on the docket, and (2) a motion to proceed with this case.  ECF Nos. 15,
23
16, respectively.  For the reasons stated below, the Court will acknowledge the document filed by
24
Plaintiff, and it will direct the Clerk of Court to update the description of the filing on the docket.
25
In addition, it will deny Plaintiff's motion to proceed with this case as improperly filed.
26
        I.      PLAINTIFF'S "MOTION"
27
                A.  Relevant Facts
28
                                        1

1    On August 1, 2024, a document filed by Plaintiff – which the Clerk of Court simply construed as

2    a "motion" – was docketed.  ECF No. 15.  The document was filed four months after the

3    undersigned had issued an April 2024 order that had recommended that this this matter be

4    dismissed for failure to prosecute and for failure to obey a court order, and after that order had

5    been returned to the Court marked "Undeliverable, Return to Sender, Refused, Unable to

6    Forward, Released."  See ECF Nos. 14, 15 (findings and recommendations; mail returned notice

7    regarding same).

8         In the document Plaintiff states, in relevant part, that in July of 2024, he discovered that

9    the Court had been issuing orders in this case since December of 2023, but he had never received

10   any of them.  ECF No. 15 at 1.  In addition, Plaintiff's document disputes the Court's statement in

11   its March 2024 order to show cause that this case was filed in February of 2023.  Id.  According

12   to Plaintiff, this case was filed in June of 2021 and refers to Case No. 21-cv-01401- SAB.

13   Plaintiff states that "[The Clerk's Office] may have inadvertently re-filed my case,…".  Id.

14   Plaintiff then requests to be permitted to proceed with his case under the original filed date of

15   June 2021.  ECF No. 15 at 1-2.

16            B.  Discussion

17        The Court will acknowledge the filing of this document as well as its contents.  Given that

18   the document appears to argue that the instant case may have been opened in error, and that his

19   case was actually filed back in June of 2021—presumably in case No. 21-cv-01401-SAB—and

20   that he be allowed to continue his case under the original filed date of June 2021,   Plaintiff is

21   informed of the following: Plaintiff's original case which addressed his instant claims, and was

22   later dismissed for failure to exhaust administrative remedies, arose in Plaintiff's case, Petillo v.

23   Galliger, et al.,, No. 1:18-cv-00217 JLT-GSA ("Petillo I") case[1], and not in the case of Petillo v

24   Jasso, 21cv1401-SAB.   The Clerk of Court will be directed to update the description of this

25   document on the docket so that the description better reflects the document's contents.

26            II.    PLAINTIFF'S MOTION TO PROCEED WITH CASE

27

28   [1] The complaint in Petillo I was docketed in January of 2018, and later dismissed in July 2022.

2

1    A.  Relevant Facts

2    The instant motion to proceed with this case was docketed in September 2024.  See ECF

3    No. 16.  In support of it, Plaintiff states that the Court has "refuse[d] to file his motion & brief

4    since Oct 18th 2023, to this present day of Sept 23rd 2024."  ECF No. 16.

5    B.  Discussion

6    Plaintiff's motion will be denied as improperly filed.  Although Plaintiff fails to identify

7    the specific "motion & brief" this Court has purportedly "refused" to file, a review of the docket

8    indicates that on December 8, 2023, the Court disregarded a motion for subpoena that Plaintiff

9    had filed in this case.  See ECF No. 11.  In that order, the motion for subpoena was denied as

10   improperly filed because the matter had yet to be screened.  See id. at 1-2.  Additionally, because

11   it appeared that Plaintiff's request was intended to be filed in another one of Plaintiff's cases,

12   Petillo v Jasso,  No. 21-cv-1401 (SAB), the Court directed the Clerk of Court to file the motion in

13   that case.  Id. at 2.  Thus, for these reasons this motion will be denied as improperly filed.

14   Accordingly, IT IS HEREBY ORDERED that:

15   1.  The Clerk of Court is directed to change the description at ECF No. 15 from "Motion"

16   to "Letter Informing Court of Possible Clerk Error (Motion)";

17   2.  Plaintiff's Letter Informing Court of Clerk Error (Motion) (ECF No. 15) is

18   ACKNOWLEDGED, and

19   3.  Plaintiff's motion to proceed with case (ECF No. 16) is DENIED as IMPROPERLY

20   FILED.

21

22   IT IS SO ORDERED.

23   Dated:   **March 28, 2025**               /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

3