UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>J. GALLAGHER, et al.,<br><br>            Defendants. | No.  1:23-cv-00661 KES GSA (PC)<br><br>ORDER GRANTING NUNC PRO TUNC PLAINTIFF'S MOTIONS TO PROCEED<br><br>(ECF Nos. 20, 22, 23) |

Plaintiff is a state prisoner proceeding pro se.  He has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff has paid the filing fee.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court are three motions filed by Plaintiff, at the core of each is his request that this matter proceed.  See generally ECF Nos. 20, 22, 23.  Given that the Court has recently screened Plaintiff's complaint, the motions will be granted nunc pro tunc.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to proceed with this case (ECF Nos. 20, 22, 23) are GRANTED nunc pro tunc.

IT IS SO ORDERED.

    Dated:   **August 25, 2025**                      /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE

1