# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>GALLAGHER, et al.,<br><br>        Defendants. | No.  1:23-cv-00661-KES-FRS (BAM) (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 47) |

Plaintiff Isaiah J. Petillo ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983.

Currently before the Court is a stipulation for voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel. (ECF No. 47.)  The stipulation is signed and dated by Plaintiff and counsel for Defendants, and indicates that each party shall bear its own litigation costs and attorney's fees.

Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to assign a Magistrate Judge for the purpose of closing this case and to close this case.

IT IS SO ORDERED.

Dated:  __**February 9, 2026**__          __/s/ Barbara A. McAuliffe__
                                        UNITED STATES MAGISTRATE JUDGE

1